FILED

IN CL...

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

DI...

|  |  |  |
|---|---|---|
| MOHAN A HARIHAR, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Docket No. TBD |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

## PLAINTIFF MOTION FOR PERMISSION TO FILE ELECTRONICALLY

The Plaintiff, Mohan A. Harihar, acting pro se, respectfully requests that the Court grant

permission to file electronically, by allowing access to the Court's CM/ECF filing system. The

Plaintiff current has permission to file electronically with related dockets here in the District

Court (Docket No. 15-cv-11880), and in the Appeals Court (No.17-1381).

Respectfully Submitted,

Mohan A. Harihar
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com